Motion granted. CMC continued to 8/14/2023 at 10:30 a.m.
/s/ John R. Adams
U.S. District Judge
6/21/2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF OHIO
EASTERN DIVISION

**KEVIN WELDI**

   Plaintiff,

-vs-

**TEKFOR, INC., et al.**

   Defendants.

CASE NO: 5:23-cv-00894

JUDGE JOHN R. ADAMS

**JOINT MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Plaintiff, Kevin Weldi and Defendants Tekfor, Inc. and American Axle & Manufacturing Inc. ("AAM") respectfully request that this Honorable Court grant a continuance of the currently scheduled Case Management Conference on July 7. 2023.

For case, the parties state that lead counsel for Plaintiff as well as the corporate representative for Defendant are both unavailable on the currently scheduled case management conference date.

In accordance with this Court's order, the parties have met and conferred and would propose the following alternative dates:

- August 3rd after 2:00 p.m.;
- August 14th from 9:00 a.m. until 2:00 p.m.; or
- August 15th from 9:00 a.m. until 1:00 p.m.

Defendant's corporate representative is out of the country for the first two weeks in July, and defense counsel is out of the country for a family vacation from July 17 to July 31st. Plaintiff's lead counsel is in trial the week of August 7th.