It is so ordered.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
11/2/2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KEVIN WELDI** | CASE NO:  5:23-CV-00894 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| -vs- | **STIPULATION OF DISMISSAL** |
| **TEKFOR, INC., et al.** | |
| Defendants. | |

Plaintiff Kevin Weldi and Defendants American Axle & Manufacturing, Inc. ("AAM"), Tekfor, Inc. ("Tekfor"), and Sandra Eshleman ("Eshleman") pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of this case with prejudice. Except as otherwise provided in the Settlement Agreement and Release, the Parties agree to bear their own attorney fees and costs. The Parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement and Release.

Respectfully submitted,

**PLAKAS | MANNOS**

 */s/ Kristen S. Moore*
Lee E. Plakas (0008628)
Kristen S. Moore (0084050)
200 Market Avenue North
Suite 300
Canton, Ohio 44702
Telephone: (330) 455-6112
Facsimile: (330) 455-2108
Email: lplakas@lawlion.com
         kmoore@lawlion.com
*Attorneys for Plaintiff*